**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                              :
                                                                   :    Chapter 7
FYRE FESTIVAL LLC,                                                 :
                                                                   :    Case No. 17-11883 (MG)
                            Debtor.                                :
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

Gabrielle Beeferman, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 13th day of April, 2021, I served copies of:

- Trustee's Motion for an Order Pursuant to Fed. R. Bankr. P. 9019 Approving a Stipulation of Settlement Between the Trustee and Ticketholder Claimants, along with the exhibits referenced therein and Notice of Hearing Thereon [Main Case Docket Nos. 250 & 251]; and,

- Notice of (I) Trustee's Settlement of Claims Asserted Against Matte Finish LLC and FM2010, LLC, (II) Presentment of Form of Order Approving the Settlement, and (III) Opportunity to Object to the Proposed Settlement and Obtain a Hearing Thereon [Main Case Docket No. 252; Adv. Pro. 20-01218 Docket No. 7]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon these parties listed on **Schedule A**.

                                                          */s/Gabrielle Beeferman*
                                                          Gabrielle Beeferman

Sworn to and subscribed before me this
13th day of April, 2021

*/s/Christopher J. Reilly*
Notary Public, State of New York
No.02RE6297793
Qualified in Kings County
Commission Expires March 3, 2022

## Schedule A

Geragos & Geragos
7 W. 24th Street
New York, NY 10010-3212
Attn: Lori Feldman

United States Trustee
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014-7016

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Attn: Michael Etkin
  Nicole Fulfree

Consolidated Edison Company of New York
Bankruptcy Group
4 Irving Place, Room 1875-S
New York, NY 10003-3502

Catherine A. Murray-Hession
c/o Pinkham Busny LLP
42 Pleasant Street
Woburn, MA 01801-6708
Attn: Matthew J. Tuttle

Daniel Jung
c/o Geragos & Geragos
7 W. 24th Street
New York, NY 10010-3212
Attn: Lori Feldman

Darrell Thorne LLC
250 Stanhope St., Apt 2L
Brooklyn, NY 11237-4253

EHL Funding LLC
c/o Snitow Kaminetsky Rosner & Snitow
805 Third Avenue, 12th Floor
New York, NY 10022-7513

Eventstar Structures Corp
8150-B NW 90th Street
Medley, FL 33166

John Nemeth
c/o Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004-2270

MPR Audio System, LLC dba Unreal Systems
c/o Scott Alan Orth
3860 Sheridan St, Suite A
Hollywood, FL 33021-3624

Raul Jimenez
c/o Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004-2270

Law Office of Michael Botton, Esq.
1314 Main Street
Belmar, NJ 07719-2715

Stahl & Zelmanovitz
747 Third Avenue, Suite 33B
New York, NY 10017-2803
Attn: Abraham Neuhaus

Tharanco Lifestyles LLC
850 Paterson Plank Road
Secaucus, NJ 07094-2724

iHeart Media Inc.
20880 Stone Oak Pkway
San Antonio, TX 78258-7460

Tallen Todorovich
67 Wall Street, Suite 19G
New York, NY 10005-3193

Andrew Newman
c/o Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004-2270

Mark John Geragos
644 South Figueroa Street
Los Angeles, CA 90017-3411

William McFarland, Inmate No. 91186-054
FCI Elkton, Federal Correctional Institution
P.O. Box 10
Lisbon, OH 44432

Fyre Media
c/o William McFarland, Inmate No. 91186-054
FCI Elkton, Federal Correctional Institution
P.O. Box 10
Lisbon, OH 44432

Fyre Media Inc.
c/o CT Corporation Systems
28 Liberty Street
New York, NY 10005

Fyre Media Inc.
c/o CT Corporation Systems
111 8th Ave., 13th Fl.
New York, NY 10011

Fyre Festival LLC
52 Lispenard Street, TH1
New York, NY 10011

Michael I. Gottfried
Elkins Kalt Weintraub Reuben Gartside LLP
10345 West Olympic Boulevard
Los Angeles, CA 90064

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003
Attn: Jason Pomerantz

Matte Finish, LLC
c/o Adelman Matz, P.C.
780 3rd Ave
New York, NY 10017
Attn: Sarah Matz

FM2010, LLC
c/o Adelman Matz, P.C.
780 3rd Ave
New York, NY 10017
Attn: Sarah Matz